JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JESSICA KHALILI,<br><br>          Plaintiff,<br><br>     v.<br><br>SHARNEE L. JONIQUE CROUT PRUDIE ET. AL,<br><br>          Defendants. | Case № 2:24-CV-02438-ODW (PVCx)<br><br>**AMENDED ORDER REMANDING CASE** |

The Court, having considered the parties' Joint Stipulation to Remand to State Court, hereby **REMANDS** this case, in its entirety, to the Superior Court of the State of California, County of Los Angeles, 9355 Burton Way, Beverly Hills, CA 90210, Case No. 23SMCV03661.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  In light of parties' stipulated remand, Plaintiff's Motion to Remand, (ECF No. 9), is **DENIED AS MOOT**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 2, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**